# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| WARREN WANZO, | ) | |
| Plaintiff(s), | ) | 2:08-cv-0186-RLH-PAL |
| vs. | ) | **O R D E R** |
| T. DEAN, | ) | |
| Defendant(s). | ) | |

Before this Court is the Report of Findings and Recommendation of United States Magistrate Judge (#7, filed March 20, 2009), entered by the Honorable Peggy A. Leen, regarding her screening of Plaintiffs Amended Complaint. No objection was filed to Magistrate Judge Leen's Report of Findings and Recommendation in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report of Findings and Recommendation of Magistrate Judge Leen should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge Leen's Report of Findings and Recommendation (#7, entered March 20, 2009) is ACCEPTED and ADOPTED, and Plaintiff's Amended Complaint is dismissed.

Dated: May 4, 2009.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**